UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| IN RE: | UNCLAIMED DIVIDENDS FOR DEPOSIT TO REGISTRY FUND |
|---|---|
| JEAN M FOSTER | |
| Debtor(s) | CASE NO. BKY 09-32193 GFK |

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to FIRST CONSUMERS NATIONAL BANK in the amount of $9.53, were unclaimed.

| CREDITOR: | CLAIM NUMBER: | AMOUNT: |
|---|---|---|
| FIRST CONSUMERS NATIONAL BANK<br>Infibank<br>157 Technology Pkwy #900<br>Norcross, GA 30092 | 2 | $9.53 |

ACCOUNT NUMBER:
0428

Jasmine Z. Keller, Trustee

Dated: August 31, 2011

/s/ Jasmine Z. Keller/jj
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee