UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **IN RE:**<br><br>JEAN M FOSTER<br>Debtor(s) | **UNCLAIMED DIVIDENDS FOR DEPOSIT TO REGISTRY FUND**<br><br>**CASE NO. BKY 09-32193 GFK** |

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to FIRST CONSUMERS NATIONAL BANK in the amount of $4.25, were unclaimed.

| CREDITOR: | CLAIM NUMBER: | AMOUNT: |
|---|---|---|
| FIRST CONSUMERS NATIONAL BANK<br>Infibank<br>157 Technology Pkwy #900<br>Norcross, GA 30092 | 1 | $4.25 |

ACCOUNT NUMBER:
1302

**Jasmine Z. Keller, Trustee**

Dated: August 31, 2011

/s/ Jasmine Z. Keller/jj
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee

RECEIVED 11 SEP -1 AM 11:24 U.S. BANKRUPTCY COURT ST. PAUL, MN